**Dismiss and Opinion Filed July 16, 2013.**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-13-00934-CV

**LAWRENCE STARKMAN, INDIVIDUALLY, VINCENT CRUDO, INDIVIDUALLY, AND LARRY CHEEK, INDIVIDUALLY, Appellants**
**V.**
**THE ANIMATION BUILDING, LP, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-06078**

### MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Myers

The Court has before it appellants' July 12, 2013 motion to dismiss their interlocutory appeal. Appellants state the parties have settled and have dismissed the underlying case. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

130934F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAWRENCE STARKMAN,
INDIVIDUALLY, VINCENT CRUDO,
INDIVIDUALLY, AND LARRY CHEEK,
INDIVIDUALLY, Appellants

No. 05-13-00934-CV      V.

THE ANIMATION BUILDING, LP,
Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-06078.
Opinion delivered by Justice Myers,
Justices Lang and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellee The Animation Building, LP recover its costs of this appeal, if any, from appellants Lawrence Starkman, Individually, Vincent Crudo, Individually, and Larry Cheek, Individually.

Judgment entered this 16th day of July, 2013.

/Lana Myers/
LANA MYERS
JUSTICE